FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TIMOTHY CHRISMAN, | ) | |
| Plaintiff, | ) | Civil Action No. 1:26-cv-00579 |
| v. | ) | |
| THOR DIRECTED ENERGY, INC. | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO UNSEAL DOCKET

Defendant Thor Directed Energy, Inc. ("Thor Dynamics" or "Defendant"), respectfully requests this Court unseal the docket for the above-captioned matter. Plaintiff Timothy Chrisman, appearing *pro se*, does not oppose this Motion. This matter was sealed without a motion—perhaps inadvertently when the case was docketed. Plaintiff has alleged no substantive violation of the False Claims Act and does not purport to have submitted a False Claims Act *qui tam* filing to this Court; as a result, this action is not entitled to a statutory right to filing under seal per the False Claims Act, 31 U.S.C. § 3730(b)(2). Pursuant to Local Rule 7(F), a memorandum in support of its Motion and proposed order is attached.

WHEREFORE, for the foregoing reasons, Defendant Thor Directed Energy, Inc., respectfully requests this Court enter an order unsealing the docket and all filings to date for Case No. 1:25-cv-00579.

DATE: March 19, 2026

Respectfully submitted,

/s/

Ellis L. Bennett (Virginia Bar No. 71685)
Stephen D. Graeff (Virginia Bar No. 77720)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 550
Vienna, VA 22182

Telephone: (703) 777-7319
Facsimile: (703) 777-3656
Email: ebennett@dbllawyers.com
sgraeff@dbllawyers.com

Alex Hontos (*pro hac vice* forthcoming)
Matthew Gillispie (*pro hac vice* forthcoming)
DORSEY & WHITNEY LLP
500 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Phone: (612) 340-2600
Email: hontos.alex@dorsey.com
gillispie.matthew@dorsey.com

*Attorneys for Defendant Thor Directed Energy, Inc.*

**CERTIFICATE OF SERVICE**

I, Ellis L. Bennett, hereby certify that on this 19th day of March, 2026, I caused a true and correct copy of the foregoing to be served via first class mail and email upon the following:

Timothy Chrisman
4129 Trowbridge St.
Fairfax, VA 22030
Telephone: 931-216-4466
Email: tim.j.chrisman@gmail.com

/s/
Ellis L. Bennett