**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TIMOTHY CHRISMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:26-cv-00579 |
| | ) | |
| v. | ) | |
| | ) | |
| THOR DIRECTED ENERGY, INC. | ) | |
| | ) | |
| Defendant. | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Timothy Chrisman and Defendant Thor Directed Energy, Inc., under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this action with prejudice pursuant to the terms of a settlement agreement, with each party to bear their own costs, expenses, and fees.

DATE: April 6, 2026

Respectfully submitted,

/s/ Tim Chrisman
Timothy Chrisman
Plaintiff
*Pro se*

/s/ Ellis L. Bennett
Ellis L. Bennett (Virginia Bar No. 71685)
Stephen D. Graeff (Virginia Bar No. 77720)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Boulevard, Suite 550
Vienna, VA 22182
Telephone: (703) 777-7319
Facsimile: (703) 777-3656
Email: ebennett@dbllawyers.com
sgraeff@dbllawyers.com

*Attorneys for Defendant Thor Directed Energy, Inc.*

**CERTIFICATE OF SERVICE**

I, Ellis L. Bennett, hereby certify that on this 6th day of April, 2026, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system, which will send a copy to Plaintiff Timothy Chrisman.

/s/
Ellis L. Bennett